UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,<br><br>    Defendant. | Case No. 3:21-CV-01724-MEM<br><br>JUDGE MALACHY E. MANNION |

**STIPULATION TO EXTEND BRIEFING SCHEDULES**

    1.    The parties each filed a motion for summary judgment in this matter (Doc. 20 and Doc. 22).

    2.    Thereafter, the Court entered a stipulated order extending the deadline for the parties to file their supporting briefs through and until February 27, 2023. (Doc. 25).

    3.    Due to ongoing power and internet outages caused by inclement weather this week, and related school closings, defense counsel has requested a short extension of time to finalize and file defendant's supporting brief.

    4.    Plaintiff's counsel does not oppose this request; however, due to upcoming calendar conflicts for plaintiff's counsel, the parties hereby stipulate and agree that the deadline for the parties to file their respective briefs in support of their respective motions for summary judgment shall be extended through and until March 13, 2023.

    5.    As set forth above, good cause exists to extend the deadline. Further, the requested extension will not conflict with any other dates set by the Court in this matter.

    WHEREFORE, the parties request an order approving this stipulation.

<table>
<tr><td>

s/ Brett M. Freeman (w/consent)
Brett M. Freeman (Bar Number PA 308834)
FREEMAN LAW
210 Montage Mountain Road
Moosic, PA 18507
Phone (570) 589-0010
Facsimile (570) 456-5955
brett@freeman.law
*Attorney for Plaintiff*

</td><td>

/s/ Charity A. Olson
Charity A. Olson (Pro Hac Vice)
OLSON LAW GROUP
P.O. Box 64
Hartland, MI 48353
(734) 255-6908
colson@olsonlawpc.com

*Attorney for MMCC*

</td></tr>
</table>

## **ORDER**

So ordered.

Date: _____   _____
                               Malachy E. Mannion
                               United States District Judge