IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Justine Moore,<br>          Plaintiff<br><br>v.<br><br>Merchants & Medical Credit<br>Corporation, Inc.,<br>          Defendant | Docket No. 3:21-cv-01724-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |

## **ORDER**

Upon consideration of Plantiff's Motion to Extend Briefing Schedule, it is hereby ordered that the motion is GRANTED. The deadline for each party to file a brief in opposition regarding the cross-motions for summary judgment is hereby extended by fourteen days.

Date:_____                              _____
                                                                  Malachy E. Mannion
                                                                  United States District Judge