UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINE MOORE,<br><br>  Plaintiff,<br><br>v.<br><br>MERCHANTS & MEDICAL<br>CREDIT CORPORATION, INC.,<br><br>  Defendant. | Case No. 3:21-CV-01724-MEM<br><br>JUDGE MALACHY E. MANNION |

## **ERRATA SHEET**

PLEASE TAKE NOTICE THAT Defendant's Memorandum in Support of its Motion for Summary Judgment, filed on March 13, 2023 (ECF DOCUMENT # 29)("Defendant's Brief"), inadvertently referenced § 1692b(c) instead of § 1692c(b) on pages 5-6. Defendant's Brief has also been reformatted to comply with M.D. LR 5.1(c) and 7.8 (a-b) (concerning font size, formatting, and required certificate of word count).

No substantive changes have been made to the body of Defendant's Brief.

A corrected version of Defendant's Brief is attached hereto.

|  |  |
|---|---|
| Dated: April 10, 2023 | Respectfully Submitted, |
|  | /s/ Charity A. Olson<br>Charity A. Olson, *Pro Hac Vice*<br>OLSON LAW GROUP<br>P.O. Box 64<br>Hartland, MI 48353<br>(734) 255-6908<br>colson@olsonlawpc.com |