Exhibit 2: Moore Deposition

Q Okay. Do you recall reviewing any of the disclosures when you signed up for a credit card with Kohl's?

**A Yes.**

Q (By Ms. Olson) Okay. And as you sit here today, do you have any information that your information was shared with anyone in particular?

MR. FREEMAN: Object to form, but you can answer.

**A I don't.**

Q (By Ms. Olson) Okay. Would it be fair to say that but for someone telling you this, you independently don't have any reason to believe your information has been shared publicly?

MR. FREEMAN: Object to form, but you can answer.

**A Correct.**

Q (By Ms. Olson) Okay. Have you had any --

29

Q Okay. And you indicated moments ago that you knowingly signed up for this credit card at Kohl's, correct?
**A Yes.**
Q And in the course of doing that you knew your information was going to be shared to get a credit card, correct?
**A Yes.**
Q Okay. And you knew as with any other credit card you may have had that you were going to get statements in the mail, correct?
**A Yes.**

30

31

32