**Q. Well, do you know if there's any type of encryption on the file from Merchants & Medical to Hatteras?**
A. Yes.
**Q. Okay. So, I'm just trying to find out whatever information you can provide me about the encryption that is used.**
A. SSH, SFTP.
**Q. Okay. Is there any other information that you have besides that?**
A. No.
**Q. Okay. And what happens with the file once it is transmitted to Hatteras?**
A. You would have to ask Hatteras.
**Q. So Merchants & Medical doesn't know what Hatteras does with the information after it's transmitted to Hatteras?**
MS. OLSON: Objection. Form and foundation.
A. I don't know what their procedures are exactly.
**Q. Is there anyone at Merchants & Medical who would know what their procedures are?**
A. Not to my knowledge.
**Q. Is there any type of agreement with Hatteras that would explain what Hatteras is or is not**

A. Outside of their SOC sock audit, which we review, which outlines the controls that they have in place on protecting consumer information, that is the information that we have.

[redacted]

Q. How often are these SOC audits performed?

```
1  A.     If I remember correctly, I believe they're
2         performed yearly.
```

[remainder of page redacted]

[redacted]

Are you able to see the collection
letter?

A. Yes.

Q. Okay. So, on the top left-hand side underneath
the Merchants & Medical logo, there is a regard
line and it has your Kohl's credit card
account, a bunch of asterisks, and then 5078.
Do you see that?

A. Yes, I do.

Q. Okay. Is that line populated with information
sent by Merchants & Medical to Hatteras?

A. Which line? The line beginning R-E?

Q. Correct.

A. Yes, we send that.

Q. Okay. Do you also send the information that's
used to calculate a settlement offer? So, in
this case, there was a settlement offer of, it
says, 40 percent.

A. Yes, we send that.

Q. Okay. I see that this letter appears to be from a Kathy Vickers at extension 412. Is that information that is sent by Merchants & Medical to Hatteras?
A. Yes.
Q. Okay. Do you know if that information, like for instance Kathy Vickers, extension 412, is specific to certain accounts or if that information would appear on all the letters that are sent by Hatteras?
A. Please allow me to clarify my statement.
Q. Of course.
A. I believe that this letter that Kathy Vickers and the top part that says 40 percent off, pay 60 percent of your debt and it's resolved, I believe all of that is simply part of our template.
So I do not believe that each one of those words is transmitted each time. It's simply part of the template that they have on file.
[redacted]

**Did Ms. Moore ever give permission to Merchants & Medical to disclose her information to Hatteras?**

MS. OLSON: Objection. Form.

A. I'm just reviewing the notes to see if we ever had any communication with her outside of your communication with her office.

No, I don't show that we had any communication with Ms. Moore.