**Exhibit 2: Moore Deposition**

Transcript of Justine Moore
October 17, 2022

7 (25 to 28)

### 25

```
11   Q  Okay.  Do you recall reviewing any of the
12  disclosures when you signed up for a credit card
13  with Kohl's?
14   A  Yes.
```

### 27

```
12   Q  (By Ms. Olson)  Okay.  And as you sit here
13  today, do you have any information that your
14  information was shared with anyone in particular?
15      MR. FREEMAN:  Object to form, but you can
16  answer.
17   A  I don't.
18   Q  (By Ms. Olson)  Okay.  Would it be fair to
19  say that but for someone telling you this, you
20  independently don't have any reason to believe
21  your information has been shared publicly?
22      MR. FREEMAN:  Object to form, but you can
23  answer.
24   A  Correct.
25   Q  (By Ms. Olson)  Okay.  Have you had any --
```

### 26

### 28



29

3   Q   Okay.  And you indicated moments ago that
4   you knowingly signed up for this credit card at
5   Kohl's, correct?
6   A   Yes.
7   Q   And in the course of doing that you knew
8   your information was going to be shared to get a
9   credit card, correct?
10  A   Yes.
11  Q   Okay.  And you knew as with any other
12  credit card you may have had that you were going
13  to get statements in the mail, correct?
14  A   Yes.