# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTINE MOORE,** | : |
| Plaintiff | : CIVIL ACTION NO. 21-cv-1724 |
| v. | : (JUDGE MANNION) |
| **MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,** | : |
| Defendant | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's Motion for Summary Judgment as to Liability, (Doc. 20), and Defendant's Motion for Summary Judgment, (Doc. 22), are **DENIED.**

**(2)** This case is **REMANDED** to the Lackawanna County Court of Common Pleas.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: September 25, 2023
21-1724-01